COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-112-CV

GOLDEN REAL ESTATE HOLDING GROUP, LTD.,
 
APPELLANTS

GOLDEN REAL ESTATE MANAGEMENT CO., INC., 

AND JENNY'S MEAT MARKET 

V.

 SAM BRC, INC.
 APPELLEE

 
 

----------

FROM COUNTY COURT AT LAW NO. 2  OF  TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellants’ Agreed Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL B:  DAUPHINOT, HOLMAN, and MCCOY, JJ.

DELIVERED:  July 26, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.